PROB 12C
(6/16)

Report Date: January 12, 2017

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Thomas Jim Shippentower    Case Number: 0980 2:15CR00033-SAB-1

Address of Offender: ███████    Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 27, 2016

| | | |
|---|---|---|
| Original Offense: | Escape from Federal Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison 12 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F Duggan | Date Supervision Commenced: December 30, 2016 |
| Defense Attorney: | John Stephen Roberts, Jr | Date Supervision Expires: December 29, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: Mr. Shippentower was released from Bureau of Prisons' custody on December 30, 2016, and has failed to report to the probation office as ordered. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On January 11, 2017, this officer verified with Mr. Shippentower's mother, Syldia Smiscon, that he moved out of his approved address on or about December 31, 2016. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 12, 2017

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[xx] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/13/2017

Date